DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERBERT BENEDICT,**
Appellant,

v.

**LETA BENEDICT,**
Appellee.

No. 4D18-1243

[November 1, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. FMCE 07-04313 (41)(93).

Herbert Benedict, Sebring, pro se.

Stephen J. McDonald of McDonald & Crawford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***